JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYON AIKENS,<br>　　　　Petitioner,<br>　　v.<br>DEBBIE ASUNCION, Warden,<br>　　　　Respondent. | Case No. CV 19-2981-DSF (KK)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

DATED: December 27, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE